THE STATE OF WASHINGTON, *Respondent,* v. RAY ALBERT LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01513-1, Herbert M. Stephens, J.,

entered February 26, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, A.C.J., and Schumacher, J. Pro. Tem.